**STATE of Missouri,
Plaintiff–Respondent,**

v.

**Valerie COOLEY, Defendant–Appellant.**

**No. 69998.**

Supreme Court of Missouri,
En Banc.

July 26, 1988.

Errol Copilevitz, Richard E. Standridge, Kansas City, for defendant-appellant.

William J. Fleischaker, Pros. Atty., Joplin, for plaintiff-respondent.

**ORDER**

Valerie Cooley was convicted of promoting pornography in the second degree in violation of section 573.030, RSMo 1978, and was assessed a fine of $300. The Court of Appeals, Southern District, transferred the appeal to this Court before opinion for consideration of a challenge to the validity of sections 573.010 and 573.030, RSMo 1978.

---

The appeal is retransferred to the Court of Appeals, Southern District, for consideration under *Pope v. Illinois,* 481 U.S. 497, 107 S.Ct. 1918 (1987), and *State v. McKinney,* 756 S.W.2d 527 (Mo. banc 1988).

WELLIVER and BLACKMAR, JJ., dissent per dissenting opinion in *State v. McKinney.*